JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ-VERGARA, ) | Case No.: EDCV 17-00008 JVS (JDE) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| CYNTHIA ENTZEL, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: May 19, 2017

_____
JAMES V. SELNA
United States District Judge